AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-00996

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **KRAUSE AND KINSMAN LAW LLC**
was received by me on *(date)* **10/22/2021**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **CHRISTINA GARNER, PARALEGAL**, who is designated by law to accept service of process on behalf of *(name of organization)*
**KRAUSE AND KINSMAN LAW LLC** on *(date)* **11/4/2021** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **11/8/2021**

*Server's signature*

Andrew Wickliffe - Process Server
*Printed name and title*

P.O. BOX 7471
OVERLAND PARK KS 66207
*Server's address*

Additional information regarding attempted service, etc:
SERVED AT 4717 GRAND AVE #300, KANSAS CITY, MO 64112

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

ANDREW PERRONG, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

CHARLES BARATTA LLC, a New York limited liability company, ARKADY FREKHTMAN ATTORNEY AT LAW, P.C. d/b/a FREKHTMAN & ASSOCIATES, a New York professional corporation, FLEMING NOLEN & JEZ LLP, a Texas limited liability partnership, RELIABLE LEGAL MARKETING CONSULTING, LLC, a Florida limited liability company, KRAUSE AND KINSMAN LAW, LLC, a Missouri limited liability company, LERNER & ROWE, PC, an Arizona professional corporation, and GACOVINO, LAKE & ASSOCIATES, P.C., a New York Professional corporation.

*Defendant(s)*

Civil Action No. 2:21-cv-00996 (JS)(AYS)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Avi R. Kaufman
avi@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 10/19/2021

/s/ C. Valle

*Signature of Clerk or Deputy Clerk*